# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANYA BOUIE, VERNODETT BURCH, TIFFANY RAY, AND ADRIAN JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>PICCADILLY RESTAURANTS, LLC,<br><br>Defendant. | Civil Action: 1:08-CV-0233-WSD |

## CONSENT ORDER ON
## STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW, Tanya Bouie, Vernodett Burch, Tiffany Ray, Adrian Jackson (collectively "Plaintiffs"), by and through their undersigned counsel, and pursuant to Fed R. Civ. P. 41, file this dismissal without prejudice in the above-styled action. The consenting parties hereto certify that: (1) there exists a controlling Dispute Resolution Program and Mutual Agreement to Mediate/Arbitrate (Defendant's Dispute Resolution Program") in the above-captioned matter, a copy of which is attached to Defendant's Motion to Dismiss and to Compel Arbitration (Doc. No. 4); (2) Plaintiffs, simultaneously with the

003030.01

filing of the instant document, will submit this matter for mediation with the American Arbitration Association (the "AAA") but have agreed with Defendant Piccadilly Restaurants, LLC ("Defendant"), that Henning Mediation and Arbitration Service ("Henning") may be used as an alternative mediator/arbitrator upon Defendant's written request to Plaintiffs; (3) if the Parties' mediation is unsuccessful, the claims in this lawsuit or any other related claims shall be submitted to the AAA for arbitration pursuant to Defendant's Dispute Resolution Program; (4) Plaintiffs will pay a total of One Hundred and .00/100 Dollars ($100.00) for filing a request for mediation and arbitration and the fees paid to the mediator/arbitrator for his or her services pursuant to Defendant's Dispute Resolution Program; and (5) Defendant acknowledges that this case is currently appropriate for arbitration pursuant Dispute Resolution Program.

IT IS HEREBY ORDERED that the Parties Consent Order on Voluntary Stipulation of Dismissal is granted pursuant to the aforementioned six (5) conditions.

This the _____ day of _____, 2008.

_____
The Honorable William S. Duffey, Jr.
Judge, United States District Court

003030.01                                    2

Prepared by:

  /s/ Lisa T. Millican
Lisa T. Millican, Esq.
Greenfield Millican P.C.
Georgia Bar No. 309046
44 Broad Street, N.W., Ste. 607
Atlanta, GA 30303
(404) 522-1122 (telephone)
(404) 522-1133 (facsimile)
lisa.millican@lawofficepc.com

ATTORNEY FOR PLAINTIFFS

Consented to by:

  /s/ Randy C. Gepp
Randy C. Gepp, Esq.
Hollowell, Foster & Gepp, P.C.
Georgia Bar No. 291735
1200 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303-1507
(404) 880-3364  (telephone)
(770) 551-9427 (facsimile)
rgepp@hfglaw.net

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANYA BOUIE , VERNODETT BURCH, TIFFANY RAY, AND ADRIAN JACKSON,<br><br>       Plaintiffs,<br><br>v.<br><br>PICCADILLY RESTAURANTS, LLC,<br><br>       Defendant. | Civil Action: 1:08-CV-0233-WSD |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2008, I electronically filed CONSENT ORDER ON VOLUNTARY STIPULATION OF DISMISSAL with the Clerk of Court in the United States District Court, for the Northern District of Georgia, Atlanta Division, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

003030.01

HOLLOWELL, FOSTER & GEPP, P.C.
Rany C. Gepp, Esq.
rgepp@hfglaw.net

Attorney for Defendant

Dated this the 11<u>nd</u> of February, 2008.

    Respectfully submitted,

    GREENFIELD MILLICAN P.C.

    By:   /s/ Lisa T. Millican
          Lisa T. Millican
          Georgia Bar No. 309046
          607 The Grant Building
          44 Broad Street, N.W.
          Atlanta, Georgia 30303
          (404) 522-1122 (telephone)
          (404) 522-1133 (facsimile)

    ATTORNEY FOR PLAINTIFFS